UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

04 11646 MLW

| | | |
|---|---|---|
| TABITHA ROWLAND, ADMINISTRATRIX OF THE ESTATE OF DANNY TYSON WRIGHT<br>    Plaintiff<br>v.<br>EAGLE EYE FISHING CORPORATION<br>    Defendants | ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO.<br><br>COMPLAINT |

MAGISTRATE JUDGE Bowler

RECEIPT #
AMOUNT $
SUMMONS ISSUED
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK.
DATE 07/23/04

## PARTIES

1. The plaintiff, Tabitha Rowland, is a resident of Forest, Virginia and is the duly appointed Administratrix of the Estate of Danny Tyson Wright.

2. The defendant, Eagle Eye Fishing Corporation, at all material times, owned, operated and/or controlled the F/V Eagle Eye, has a usual place of business at 240 Causeway Avenue, Lawrence, NY 11559, and regularly does business in the Commonwealth of Massachusetts.

## JURISDICTION

3. This is a case of maritime jurisdiction pursuant to 28 U.S.C. §1333. Jurisdiction is also based on diversity of citizenship pursuant to 28 U.S.C. § 1332(a). The matter in controversy exceeds, exclusive of interest and costs, the sum specified by 28 U.S.C. § 1332.

## FACTUAL ALLEGATIONS

4. On or about March 12, 2002, the plaintiffs' decedent, Danny Tyson Wright, was in the

employ of the defendant as a seaman and a member of the crew of the F/V Eagle Eye. While the F/V Eagle Eye was in navigable waters, moored within the territorial waters of Puerto Rico, and while the decedent, Danny Tyson Wright, was in the exercise of due care and in the performance of his duties, he sustained severe and painful injuries when he was stabbed by fellow crewmember Kevin Dillon, A.K.A. "Jerome," and subsequently expired.

**COUNT I**
(Tabitha Rowland, Administratrix of the Estate of Danny
Tyson Wright v. Eagle Eye Fishing Corporation,
Negligence – Jones Act)

5. Paragraphs 1-4 are adopted by reference.

6. The injuries and pain and suffering sustained by the plaintiff's decedent were not caused by any fault on his part, but were caused by the fault of the defendant, its agents, or servants, as follows:

   a) Failure to use due care to provide and maintain a seaworthy vessel with safe and proper appliances;

   b) Failure to use due care to make reasonable and periodic inspection of said vessel, its equipment and appliances;

   c) Failure to use due care to furnish the plaintiff with a reasonably safe place in which to perform his work;

   d) Failure and negligence of fellow employees;

   e) Failure and negligence in other respects that will be shown at the trial.

7. As a result of the said injuries, the plaintiff's decedent suffered great pain of body and anguish of mind, and other damages as will be shown at the trial.

8. This count is brought pursuant to the Jones Act, codified at 46 U.S.C. App. §688.

## REQUEST FOR RELIEF

WHEREFORE, the plaintiff demands as follows:

1. That this court enter judgment in plaintiff's favor in the amount of their damages including pain and suffering against this defendant plus interest and costs.

2. For such other and further relief as the court deems appropriate.

## COUNT II
(Tabitha Rowland, Administratrix of the Estate of Danny
Tyson Wright v. Eagle Eye Fishing Corporation,
Wrongful Death – Jones Act)

9. Paragraphs 1-8 are adopted by reference.

10. The injuries and subsequent death sustained by the plaintiff's decedent were not caused by any fault on his part, but were caused by the fault of the defendant, its agents, or servants, as follows:

    a) Failure to use due care to provide and maintain a seaworthy vessel with safe and proper appliances;

    b) Failure to use due care to make reasonable and periodic inspection of said vessel, its equipment and appliances;

    c) Failure to use due care to furnish the plaintiff with a reasonably safe place in which to perform his work;

    d) Failure and negligence of fellow employees;

e) Failure and negligence in other respects that will be shown at the trial.

11. As a result of the said injuries, the plaintiff's decedent suffered great pain of body and anguish of mind and said injuries led directly to his death.

12. This count is brought pursuant to the Jones Act, codified at 46 U.S.C. App. §688.

## REQUEST FOR RELIEF

WHEREFORE, the plaintiff demands as follows:

1. That this court enter judgment in plaintiff's favor in the amount of their damages against this defendant plus interest and costs.

2. For such other and further relief as the court deems appropriate.

## COUNT III
(Tabitha Rowland, Administratrix of the Estate of Danny Tyson Wright v. Eagle Eye Fishing Corporation Unseaworthiness – General Maritime Law)

13. Paragraphs 1-12 are adopted by reference.

14. The injuries and pain and suffering sustained by the plaintiff's decedent were due to no fault of his own, but were caused by the unseaworthiness of the defendant's vessel, its appliances, appurtenances, and equipment.

15. As a result of the said injuries, plaintiff's decedent suffered great pain of body and anguish of mind and suffered other damages as will be shown at trial.

16. This count is brought pursuant to the General Maritime Law.

## REQUEST FOR RELIEF

WHEREFORE, the plaintiffs demand as follows:

1. That this court enter judgment in plaintiff's favor in the amount of their damages against this defendant plus interest and costs.

2. For such other and further relief as the court deems appropriate.

## COUNT IV
(Tabitha Rowland, Administratrix of the Estate of Danny Tyson
Wright v. Eagle Eye Fishing Corporation Wrongful Death – General Maritime Law)

17. Paragraphs 1-16 are adopted by reference.

18. The injuries and subsequent death sustained by the plaintiff's decedent were due to no fault of his own, but were caused by the unseaworthiness of the defendant's vessel, its appliances, appurtenances, and equipment.

19. As a result of the said injuries, plaintiff's decedent suffered great pain of body and anguish of mind and the said injuries led directly to his death.

20. This count is brought pursuant to the General Maritime Law.

### REQUEST FOR RELIEF

WHEREFORE, the plaintiffs demand as follows:

1. That this court enter judgment in plaintiff's favor in the amount of their damages against this defendant plus interest and costs.

2. For such other and further relief as the court deems appropriate.

## COUNT V
(Tabitha Rowland, Administratrix of the Estate of Danny Tyson
Wright v. Eagle Eye Fishing Corporation Maintenance and Cure)

21. Paragraphs 1-20 are adopted by reference.

22. As a result of his injuries and subsequent death, the plaintiff's decedent incurred expenses for his maintenance and cure to his damage.

### REQUEST FOR RELIEF

WHEREFORE, the plaintiffs demand as follows:

1. That this court enter judgment in plaintiff's favor in the amount of their damages

against this defendant plus interest and costs.

For such other and further relief as the court deems appropriate.

**PLAINTIFF DEMANDS TRIAL BY JURY ON ALL COUNTS.**

Respectfully submitted
By their attorney

Thomas M. Bond, #546649
THE KAPLAN/BOND GROUP
Boston Fish Pier
West Building - Suite 304
Boston, MA  02205-1404
617 261-0080

Dated: 7/22/04

JS 44
(Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
Tabitha Rowland,
Administratrix of the Estate
of Danny Tyson Wright

**DEFENDANTS**
Eagle Eye Fishing Corporation

2004 JUL 23 P 12:49

U.S. DISTRICT COURT
DISTRICT OF MASS

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  Bedford, VA
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  St. Lawrence, NY
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
THOMAS M. BOND
Kaplan Bond Group
Boston Fish Pier, West Building, Suite 30
Boston, MA 02210    Tel. 617-261-0080

ATTORNEYS (IF KNOWN)
04 11646

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☒ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **LABOR** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)
Negligence, Wrongful Death, 46 U.S.C. App. sec. 688
Jurisdiction based on 28 U.S.C. 1333 and 28 U.S.C. 1332

**VII. REQUESTED IN COMPLAINT:**  CHECK IF THIS IS A CLASS ACTION ☐ UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ YES  ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE _____  DOCKET NUMBER _____

DATE  7-22-04

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) Tabitha Rowland, Administratrix of the Estate of Danny Tyson Wright v. Eagle Eye Fishing Corporation

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

    ___  I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

    ___  II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,    *Also complete AO 120 or AO 121
              740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.       for patent, trademark or copyright cases

    _X_  III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
              315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
              380, 385, 450, 891.

    ___  IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
              690, 810, 861-865, 870, 871, 875, 900.

    ___  V.   150, 152, 153.

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(G)). IF MORE THAN ONE PRIOR RELATED CASE HAS BEEN FILED IN THIS DISTRICT PLEASE INDICATE THE TITLE AND NUMBER OF THE FIRST FILED CASE IN THIS COURT.

_____

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?
                                                                YES         (NO)

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? (SEE 28 USC §2403)
                                                                YES         (NO)

   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?
                                                                YES         (NO)

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC §2284?
                                                                YES         (NO)

7. DO ALL OF THE PARTIES IN THIS ACTION, EXCLUDING GOVERNMENTAL AGENCIES OF THE UNITED STATES AND THE COMMONWEALTH OF MASSACHUSETTS ("GOVERNMENTAL AGENCIES"), RESIDING IN MASSACHUSETTS RESIDE IN THE SAME DIVISION? - (SEE LOCAL RULE 40.1(D)).
                                                                YES         (NO)

    A.  IF YES, IN WHICH DIVISION DO ALL OF THE NON-GOVERNMENTAL PARTIES RESIDE?

        EASTERN DIVISION          CENTRAL DIVISION          WESTERN DIVISION

    B.  IF NO, IN WHICH DIVISION DO THE MAJORITY OF THE PLAINTIFFS OR THE ONLY PARTIES, EXCLUDING GOVERNMENTAL AGENCIES, RESIDING IN MASSACHUSETTS RESIDE?

        EASTERN DIVISION          CENTRAL DIVISION          WESTERN DIVISION

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME  Thomas M. Bond
ADDRESS  Boston Fish Pier, West Building, Suite 304, Boston, MA 02210
TELEPHONE NO.  617-261-0080

(Cover sheet local.wpd - 11/27/00)