UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TABITHA ROWLAND, ADMINISTRATRIX OF THE ESTATE OF DANNY TYSON WRIGHT, <br><br> Plaintiff, <br><br> v. <br><br> EAGLE EYE FISHING CORPORATION, <br><br> Defendant. | CIVIL ACTION NO. 04 11646 MLW |

### PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS

This is to notify the Court and all parties to the above-action that effective September 17, 2004, The Kaplan/Bond Group has relocated its office to:

**The Kaplan/Bond Group**
**88 Black Falcon Avenue**
**Suite 301**
**Boston, MA 02210**

The Firm's telephone and facsimile numbers will remain the same.

Respectfully submitted,
by her attorney,

_____
THOMAS M. BOND, ESQ.
**THE KAPLAN/BOND GROUP**
88 Black Falcon Avenue
Suite 301
Boston, MA 02210
(617) 261-0080
B.B.O.# 546649

Date: 10-29-04