# REGAN & KIELY LLP

ATTORNEYS AT LAW

85 DEVONSHIRE STREET

BOSTON, MASSACHUSETTS 02109

JOSEPH A. REGAN
ROBERT E. KIELY
SYD A. SALOMAN

CHRISTOPHER S. HAYES (1965-1995)

TELEPHONE (617) 723-0901
FAX (617) 723-0977

January 5, 2005

Civil Clerk
United States District Court
for the District of Massachusetts
One Courthouse Way
Boston, MA 02210

Attention:  Dennis O'Leary

Re:   Tabitha Rowland, Administratrix of the Estate of Danny Tyson Wright, Plaintiff
      v. Eagle Eye Fishing Corporation, Defendant
      Civil Action No. 04-11643 MLW
      Our File No. M1545

Dear Mr. O'Leary:

Pursuant to the court's Memorandum and Order dated December 22, 2004, please be advised that on behalf of Eagle Fishing Corp., the defendant in the above-entitled matter, we hereby assent to a transfer of this case to Magistrate Judge Bowler for all purposes. It is our understanding that plaintiff's counsel has already assented to this transfer.

We thank you for your attention to this matter and please feel free to call with any questions.

Very truly yours,

**REGAN & KIELY LLP**

*Joseph A. Regan/cb*

Joseph A. Regan

JAR/cb

cc:   Thomas M. Bond, Esquire