UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
TABITHA ROWLAND,                    )
    Plaintiff,                      )
                                    )
    v.                              )    C.A. No. 04-11646-MLW
                                    )
EAGLE EYE FISHING CORP.,            )
    Defendant.                      )
```

ORDER

WOLF, D.J.                                          January 25, 2005

    The parties in this case were issued an Order, asking whether they would consent to reassignment of this case for all purposes to Magistrate Judge Marianne Bowler, pursuant to 28 U.S.C. § 636(c)(1) and (3), and informing them that if they did not respond their consent would be inferred.  Defendant informed the court of its consent.  Plaintiff did not respond and is, therefore, deemed to have consented.  Accordingly, this cases is hereby REASSIGNED to Magistrate Judge Bowler for all purposes, pursuant to 28 U.S.C. § 636(c)(1) and (3).

/s/ Mark L. Wolf
UNITED STATES DISTRICT COURT