# *UNITED STATES DISTRICT COURT*
# *DISTRICT OF MASSACHUSETTS*

TABITHA ROWLAND,

   Plaintiff,

  v.

EAGLE EYE FISHING CORP.,

   Defendant.

CA. NO. 04-11646-MBB

## *NOTICE*

January 31, 2005

**BOWLER, U.S.M.J.**

    PLEASE TAKE NOTICE that the above-entitled case has been scheduled for a **status conference** at **2:30 p.m., Monday, February 28, 2005,** in courtroom # 25 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

    /s/ Marianne B. Bowler  
    **MARIANNE B. BOWLER**  
    United States Magistrate Judge

To:   ALL COUNSEL OF RECORD  
**\*PLEASE NOTE: All persons entering the courthouse are required to show two forms of photo identification.**