**EXHIBIT A**

THE COMMONWEALTH OF PUERTO RICO
DEPARTMENT OF JUSTICE
CRIMINAL INVESTIGATION AND PROSECUTION OFFICE

THE COMMONWEALTH OF PUERTO RICO       FOR: ART. 82 C.P., ART. 5.05 L.A.
                                            (CRIME)

Vs.

KEVIN CHARLES DILLON C/P JEROME

SWORN STATEMENT OF: CAPTAIN DAVID WALTON (8-29-60)
                         (NAME)

AT San Juan, P.R., ON 12 OF March 2002
      (COUNTY)                    (DATE)

I, DAVID WALTON- single, LIVING AT NORTH CAROLINA, U.S.A.
      (NAME)                         (COUNTY)

WITH RESIDENCE AT _____ AND TELEPHONE NUMBER _____
                (EXACT ADDRESS)                    (RESIDENCE)

I WORK FOR EAGLE EYE FISHING VESSELS, _____
              (EMPLOYER'S NAME)           (EMPLOYER'S ADDRESS)

_____ TELEPHONE NUMBER _____ SOCIAL SEC. NUMBER
               (OFFICE)

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 DRIVERS LICENCE NUMBER 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 AND 41 YEARS OLD in the presence of the Prosecutor and previous to the law warnings that have been made to me, spontaneously under oath declare:

That I am the Captain Eagle Eye Fishing Vessels. That this is my second trip to Puerto Rico. That we arrived at Pier 9, San Juan, aproximately sometime after 12:00 A.M., on March 12, 2002.

That once we got there it was aproximately 2:30 A.M., when we started getting the fish ready to be packed. We started aproximately at 4:00 A.M., and it took aproximately four hours to pack all the fish and after we finished packing we took a little break and the crew were instructed to get the ice out of the fish hold and scrub the hold clean and I informed them that when finished they would receive an advance of their pay and they could do whatever.

I went to talk to the Captain of another boat that was next to ours and Ed came and was very upset and wanted to have someone to call 911, that there had been a stabbing. When he told me that, I immediately, went to my boat and found Danny lying in a lot of blood, Marco was trying to control the bleeding by putting direct presure on Danny's side. Danny started loosing pulse and his breathing stopped and I administered CPR for aproximately eight to ten minutes, but he was gone.

The police arrived, the paramedics arrived and then everybody asked told me what had happened. They told me that Jerome and Danny had an argument and Jerome stabbed Danny several times. I did not see it happen.

The crew members are, Captain David Walton, Danny Wright, Marco Williams, Eduard MCarty and Kevin Charles Dillon C/P Jerome. That Danny and Marco had been with me on previous vessels for many years, and Edward and Jerome had been Eagle Eye Corp., previously and

                                          CAPTAIN DAVID WALTON CONTINUES....
SWORN STATEMENT NUMBER _____            (DECLARANT SIGNATURE)
HOUR: _____
SWORN AND SUSCRIBED IN MY PRESENCE TODAY 12 OF March 2002

ROSA E. PANTOJAS
(INVESTIGATION TRANSCRIPTOR)             FLEMING CASTILLO ALFARO
                                         (PROSECUTORS SIGNATURE AND STAMP)
                                         SAN JUAN DISTRICT ATTORNEY OFFICE

SWORN STATEMENT CONTINUES _____
                              (NAME)

I have been Captain of the Eagle Eye since January 15, 2002 and this was the first time I had met Edward and Jerome. And as a crew, everybody got along very well. And I have nothing else to declare.

_David M. Walton_

SWORN STATEMENT NUMBER 757
TIME: 3:35 P.M.

CAPTAIN DAVID WALTON
(DECLARANT'S SIGNATURE)

SWORN AND SUSCRIBED IN MY PRESENCE TODAY, 12 OF March 2002

ROSA E. PANTOJAS VEGA
(INVESTIGATION TRANSCRIBER)

FLEMING CASTILLO ALFARO
(PROCECUTORS SIGNATURE AND STAMP)

SAN JUAN DISTRICT ATTORNEYS OFFICE