**EXHIBIT B**

COMMONWEALTH OF PUERTO RICO
DEPARTMENT OF JUSTICE
CRIMINAL INVESTIGATION AND PROSECUTION OFFICE

THE COMMONWEALTH OF PUERTO RICO     FOR: ART. 82 C.P., ART. 5.05 L.A.
                                         _____
                                                (CRIME)

Vs.

KEVIN CHARLES DILLON C/P JEROME
_____

SWORN STATEMENT OF: MARCO HENRIQUE WILLIAMS (4-9-70)
                    _____
                              (NAME)

AT  San Juan, P.R.  , ON  12  OF  March           2002
    (COUNTY)                      (DATE)

I, MARCO HENRIQUE WILLIAMS- single, LIVING AT  NORTH CAROLINA, U.S.A.
        (NAME)                                      (COUNTY)

WITH RESIDENCE AT _____ AND TELEPHONE NUMBER _____
                    (EXACT ADDRESS)                              (RESIDENCE)

I WORK FOR  EAGLE EYE FISHING CORP.  , 240 CAUSEWAY, LAWRENCE, N.Y. 11559
              (EMPLOYER'S NAME)              (EMPLOYER'S ADDRESS)

           TELEPHONE NUMBER  941-475-3891     SOCIAL SEC. NUMBER
                                (OFFICE)

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     DRIVERS LICENCE NUMBER _____ AND  31  YEARS OLD

in the presence of the Prosecutor and previous to the law warnings that have been made to me, spontaneously under oath declare:

That I work for the Eagle Eye Fishing Corp. That we arrived in the Eagle Eye, today, March 12, 2002, at around midnight at Pier 9, at Puerta de Tierra, San Juan, P.R. At around 2:30 A.M., we started packing the fish. We worked for four or five hours and finished packing the fish between 7:00 and 8:00 o'clock in the morning.

Then it was our job to clean the fish hold. When we were about one third done, that's when a gentleman and a woman came up to the boat and asked for the Captain. The Captain was on the next boat talking to the Captain of that boat. So, we sent the people over to talk to him. Jerome, a co-worker, was not there, I don't know were he went. So, Danny was in the hold putting old ice in the bucket. I was working the winch, Ed was dumping the buckets. The people that went to talk to the Captain came back and asked if we had any fish they could have and told me that they would be back in a few minutes, they left and in the meantime, Jerome comes back to the boat. Danny puts fish in the bucket to take up on deck to give to the people. I was still working the winch and Ed was supposed to be dumping the buckets. When Jerome sees the bucket of fish coming up, he asked "what are you doing with the fish" and we told him we were going to give them to the people that had come by earlier. So, Jerome grabs the bucket and dumps overboard, with the fish inside. I still don't understand why he dumped the fish overboard, and I asked him why he had dumped it and he said "cause I fucking wanted to, what are your going to do about it?". Danny was in the hold and he came out of the hold and Jerome asked Ed "are you going to do something about it? and then he asked me " are you going to do something about it? and then, Danny was out of the hold and said "why did you do something so stupid?" And then Jerome said "you are fucking with the wrong nigger?" The whole time Jerome had a towel in his hand and was wipping his face on it and that's where the knife must have been, because there was no

SWORN STATEMENT NUMBER _____          CONTINUES NEXT SIDE...........
HOUR: _____                           _____
                                         (DECLARANT SIGNATURE)

SWORN AND SUSCRIBED IN MY PRESENCE TODAY _____ OF _____

ROSA E. PANTOJA
_____                _____
(INVESTIGATION TRANSCRIPTOR)           (PROSECUTORS SIGNATURE AND STAMP)

                                       SAN JUAN DISTRICT ATTORNEY OFFICE

SWORN STATEMENT CONTINUES _____
                              (NAME)

knife on deck and I've never seen that knife on the boat. The knife had about a six inch handle, dark brown, the blade was about eight inches and he was holding it with the blade up and then Jerome stabbed Danny with the knife in the neck and Danny threw up his hands and I saw blood coming out of Danny's neck and the Jerome swong the knife around three times trying to cut Danny and Danny was trying to block his blows and then I tried to stop Jerome and try to grab him but I missed him and then Jerome stabbed Danny in the chest, under his left arm. I saw a lot of blood, it was pumping out of Danny's chest, below the arm pit. And then after that Danny stumbled towards me and colapsed. Then I put my hand over his wound and laid him down flat on his back. I tried to stop the bleeding and then Dave showed up and I told him to call 911 and then we tried to keep him breathing Dave tried to give him CPR when he stopped breathing and then the Paramedics came and told me to stay back. Danny was dead before the paramedics arrived. In addition, I noticed that Jerome had a bad attitude moments before and he was agressive toward Ed.

SWORN STATEMENT NUMBER 755
TIME: 3:10 P.M.

MARCO HENRIQUE WILLIAMS
(DECLARANT'S SIGNATURE)

SWORN AND SUSCRIBED IN MY PRESENCE TODAY, 12 OF March, 2002

ROSA E. PANTOJAS VEGA
(INVESTIGATION TRANSCRIBER)

FLEMING CASTILLO ALFARO
(PROCECUTORS SIGNATURE AND STAMP)

SAN JUAN DISTRICT ATTORNEYS OFFICE