# EXHIBIT C

**Thomas Bond**

| | |
|---|---|
| From: | Gulivr@aol.com |
| Sent: | Tuesday, September 07, 2004 8:08 AM |
| To: | Thomas Bond |
| Subject: | Puerto Rico police report |

**The Free and associated state of Puerto Rico**
**DEPARTMENT OF JUSTICE**
**CRIMINAL INVESTIGATION AND PROCESSING OFFICE**

**THE PEOPLE OF PUERTO RICO**
          **Vs.**
**Kevin Charles Dillon A.K.A. Jerome**

For: article 82 of the criminal code and article 5.05 of the weapons law
(Offence)

**sworn statement of:** agent Deborah Gonzalez #21967
                                  (Name)

IN  HATORAY, PUERTO RICO         ,ON THE 12TH OF   MARCH        2002
          (Town)                                                (Date)

I, Deborah Gonzalez married        , resident of neighbor of*   Vega Baja P.R.
          (Name)                                                 (Town)

residing at_____, and phone number_____
          (Exact address)                          (Home phone)

I work for   Precinct 166 San Juan    located at_____
                (Employers name)                   (Employers address)

_____ with telephone number_____, Social security number
(Work phone)

_____drivers license number_____ and  28 years  of age, I appear in front of the magistrate and having previously been advised of the law, spontaneously and under oath declare;

   That on the 12th of March 2002, at or about 10:45 in the morning information was received by the patrol car in reference to an aggression in progress with a none fire arm weapon in the interior of dock number 9 on the Fernandes Juncos Ave, in San Juan.

   That on arriving in the patrol car properly marked and in uniform, I observed an individual with black skin, gray (or white?) hair; mustache and beard, who, while walking towards me, told me "that I (he?) had stabbed him in self-defense".

   Immediately, he was placed under arrest and simultaneously, he was read the required warnings (Miranda rights?).

   Subsequently I checked the inside of dock 9 and was able to observe in the interior of a fishing boat with registry # 669872, named Eagle Eyed Fishing, Corp., an individual laid out

9/7/2004

and in the interior of the hatch, who was bleeding profusely and was being assisted by Mr. Marco Henrique Williams, who immediately shouted that he was dead. After that I was able to observe that the individual with white skin, light hair, male, of approximately 41 years of age, was dead upon checking his vital signs.

The prosecutor Fleming Castillo Alfaro arrived on the scene and took charge of the investigation of the aforementioned scene together with the homicide agents. The individual with black skin, who was detained and arrested initially, was found to be called Kevin Charles Dillon AKA Jerome and the dead man was found to be called Danny Tyson Wright.

Initially Mr. Kevin Charles Dillon said that the fight that brought about this incident, was about questions over the duties on the fishing boat and it was Mr. Danny Tyson who had the knife at all times until the struggle began and he then took it away injuring Mr. Danny Tyson, in self-defense.

Later on, he offered various contradictory versions of what happened.

Sworn Declaration #_____     _Agent Deborah Gonzalez # 21967
                                     (Signature of the testifying witness)
Time:_____            **(typed not signed on original document)**

Sworn and transcribed before me today the 12th of __March__ 2002

__ROSA E. PANTOJAS VEGAS__           FLEMING CASTILLO ALFARO
(Name of the investigative stenographer)   (Signature and seal of the prosecutor that is taking the statement)

SAN JUAN INVESTIGATIVE UNIT

Law enforcement agency or division
that the above individual belongs to.

**(The line on the top of the second page reads as follows: Continuation of the sworn statement of:_____ )**
                                     **Name)**

Sworn Declaration #___758_____    _Agent Deborah Gonzalez # 21967
                                     (Signature of the testifying witness)
Time:_____4:45pm_____       **(typed and signed on original document)**

Sworn and transcribed before me today the 12th of __March__ 2002

__ROSA E. PANTOJAS VEGAS__           FLEMING CASTILLO ALFARO
(Name of the investigative stenographer)   (Signature and seal of the prosecutor that is taking the statement)

SAN JUAN INVESTIGATIVE UNIT

Law enforcement agency or division
                                     that the above individual belongs to.
                                     **(Signed on original document)**

9/7/2004

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE JUSTICIA
OFICINA DE INVESTIGACIONES Y PROCESAMIENTO CRIMINAL

EL PUEBLO DE PUERTO RICO
VS.

POR: ART. 82 C.P. Y ART. 5.05 LEY DE ARMAS
(DELITO)

KEVIN CHARLES DILLON C/P JEROME

DECLARACION JURADA DE: AGTE. DEBORAH GONZALEZ # 21967
(Nombre)

En HATO REY, PUERTO RICO , a 12 de marzo de 2002
(Pueblo)                                          (Fecha)

Yo, DEBORAH GONZALEZ- casada , vecino de VEGA BAJA, P.R.
(Nombre)                                        (Pueblo)

con residencia en _____ y teléfono Núm. _____
(Dirección Exacta)                    (Teléfono Residencial)

trabajo para PRECINTO 166 SAN JUAN con dirección en _____
(Nombre del Patrono)                  (Dirección del Patrono)

_____ con teléfono Núm. _____ , Núm. Seguro Social
(Teléfono del Trabajo)

_____ número de licencia de conducir _____ y de 28 años de edad, ante el Fiscal comparezco y, previa las advertencias de ley que me han sido hechas, espontáneamente bajo juramento declaro

Que el día 12 de marzo de 2002, a eso de las 10:45 de la mañana, se cursó información a la patrulla haciendo referencia a una agresión en proceso con arma blanca, en el interior del Muelle 9, en la Avenida Fernández Juncos, San Juan.

Que al llegar en la unidad patrulla, debidamente rotulada y uniformada, observé a un individuo de tez negra, pelo canoso, bigote y barba, el cual caminando hacia mi persona me manifestó "que lo había apuñalado en defensa propia".

Inmediatamente, fue puesto bajo arresto y simultáneamente, le fueron leídas las advertencias de rigor.

Posteriormente, verifiqué en el interior del Muelle 9 y pude observar en el interior de un bote pesquero con matrícula 669872, de nombre Eagle Eye Fishing, Corp., a un sujeto acostado en el interior de la cubierta, el cual sangraba profusamente y estaba siendo asistido por el Sr. Marco Henrique Williams, quien inmediatamente, gritó que estaba muerto. Acto seguido, pude observar que el individuo de tez blanca, rubio, varón, de aproximadamente 41 años de edad, estaba muerto al revisar sus signos vitales.

A la escena llegó el Fiscal Fleming Castillo Alfaro, quien se hizo cargo de la investigación de dicha escena en unión a los agentes de Homicidios. El individuo de tez negra intervenido y arrestado inicialmente, resultó llamarse Kevin Charles Dillon C/P Jerome y el occiso resultó llamarse Danny Tyson Wright.

Inicialmente, el Sr. Kevin Charles Dillon manifestó que la pelea que trae este incidente ocurrió en cuanto a cuestiones de tarea del bote pesquero y que fue el Sr. Danny Tyson

Declaración Jurada Núm. _____        AGTE. DEBORAH GONZALEZ # 21967   continúa...
Hora: _____                         (Firma del Declarante)

Jurada y suscrita ante mí hoy 12 de marzo de 2002

ROSA E. PANTOJAS VEGA                    FLEMING CASTILLO ALFARO
(Nombre del Taquígrafo que investiga)    (Firma y sello del Fiscal que toma el juramento)
                                         UNIDAD INVESTIGACIONES SAN JUAN
                                         Fiscalía o División a la cual está adscrito

CONTINUACION DE LA DECLARACION JURADA DE: _____
(Nombre)

quien portaba en todo momento el cuchillo hasta que comenzó el forcejeo y se lo arrebato hiriendo al Sr. Danny Tyson, en defensa propia.

Posteriormente, ofreció varias versiones contradictorias de lo sucedido.

AGTE. DEBORAH GONZALEZ # 21967  #2196
(Firma del Declarante)

Declaración Jurada Núm. 758
Hora: 4:45 P.M.

Jurada y suscrita ante mí hoy 12 de marzo de 2002

FLEMING CASTILLO ALFARO
(Firma y sello del Fiscal que toma el juramento)

Rosa E. Pantojas Vega
(Nombre del Taquígrafo que investiga)

Unidad de Investigaciones San Juan
Fiscalía o División a la cual está adscrito