**EXHIBIT D**

# CERTIFICADO DE DEFUNCIÓN / Death Certificate

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**DEPARTAMENTO DE SALUD**
**DIVISIÓN DE REGISTRO DEMOGRÁFICO**

Modelo RD 77 (Rev 1989)

NOTA AL REGISTRADOR: El Registro Demográfico devolverá para que se rehaga todo certificado que se reciba con borradura o alteraciones hechos en violación a las disposiciones de la ley de Registro Demográfico

ESTE DOCUMENTO CONSTITUYE UN REGISTRO PERMANENTE
LLENESE EN MAQUINILLA O EN TINTA PERMANENTE

NUMERO DE AREA: 152
NUMERO DE DEFUNCION: 27949
11SS-02

**1. Lugar de Defunción:** 
- a. Municipio: San Juan
- b. Barrio: Viejo San Juan
- c. Lugar: Hospital ☐ / Ambulatorio (o Emerg)(Outpatient/ER) ☐ / Hospitalizado (Inpatient) ☐ / Asilo ☐ / Otro ☑ / Casa de Salud ☐ / Hogar ☐ / Muerto al llegar (DOA) ☐
- d. Si en Hospital u Otro Sitio: Seguador
- e. Tiempo de Estadía (en ese Municipio o Institución)

**2. Residencia Habitual del Fallecido:**
- a. Municipio: Nagshead
- b. Estado o País: North Carolina
- c. Barrio
- d. Poblado, Zona o Sitio
- e. Urbana ☐ / Rural ☑
- f. Dirección: 101 Wee Burn Court

**3. Nombre y apellidos del fallecido:** Danny Tyson Wright

**4. Hora y Fecha de la Defunción / Death-Time Date:** 10:30 AM, Marzo 12, 2002

**5. Sexo:** ☑

**6. Estado Civil:** Nunca se casó ☑ / Casado ☐ / Viudo ☐ / Divorciado ☐

**6.b. Nombre del Cónyuge:** ninguno

**7. Fecha de Nacimiento:** Sept 6, 1960

**8. Edad:** 41

**9. Último grado escolar completado:** Colegio Universitario (14 ó 5)

**10. Natural de:** 
- a. Municipio
- b. Estado o País: Manteo, North Carolina

**11. Ciudadano de:** E.U.A.

**12. Tiempo de Residencia en Puerto Rico:** 10

**13. Relación del Capitán con el Fallecido:** del barco

**14. Nombre y apellidos del Padre:** Desconocido

**14a. Guerra/Fechas:** No ☑

**15. Nombre y apellidos de la Madre:** Marian Blake Dough

**16. Pertenecía el Fallecido alguna vez a las Fuerzas Armadas de Estados Unidos?** No ☑

**17. Número de Seguro Social:** 236-173-6179

**18. Nombre del Informante:** David Mark

**19. Dirección del Informante:** 413 Kerns Church Rd Capitan Sutherlin VA

**10a. Ocupación Habitual:** Pescador
**10b. Industria:** Industrial
**10c. Clase de Industria o Negocio:** Barco de peso
**10d. Años que trabajó en esta ocupación:** 1 año
**10e. Fecha en que trabajó por última vez:** Sept 6, 2002

**19a. A mi mejor entender la muerte ocurrió en la hora, fecha y lugar arriba indicado**
Firma ▷
Título

**19b. Número de licencia**

**20. CAUSA DE MUERTE (MEDICAL CERTIFICATION)**

**I. CERTIFICACION MEDICA, CAUSA INMEDIATA:**
- a. enfermedad o condición final que llevó a la muerte ▷ Fue herida con arma blanca
- b. debido a, o como consecuencia de
- c. debido a, o como consecuencia de
- d. debido a, o como consecuencia de

Intervalo entre su comienzo y el fallecimiento

**II. Otras condiciones de importancia que contribuyeron a la muerte pero que no estaban relacionadas con la enfermedad que causó la muerte**

**21. ¿Estuvo la fallecida embarazada en el último año?** ☐ Sí ☐ No

**22. Número del Record Médico**

**23. ¿Se practicó Autopsia?** ☑ Sí ☐ No

**24. Institución donde se hizo la autopsia:** ICF

**25. Se retiró al fiscal** ☑ Sí ☐ No

**26. Fecha de la operación, si la hubo**

**26b. Hallazgos más importantes de la operación**

**27a. Tipo de muerte:** ☐ natural ☐ accidente ☐ suicidio ☑ homicidio ☐ pendiente de investigación ☐ no pudo determinarse

**27b. Lugar donde ocurrió la lesión (hogar, Oficina, Fabrica, calle, etc):** Barco de peso

**27c. ¿Ocurrió mientras trabajaba?** ☑ Sí ☐ No

**27d. Municipio:** San Juan
**Estado o país:** P.R.
**Sitio o Barrio:** Muelle 6

**27. Fecha de lesión:** Mes Marzo Día 12 Año 2002

**28. Hora:** A.M.

**28b. NO asistí al fallecido y ésta Certificación se hace a base de información suministrada por Patólogo Forense**

**28c. Dirección Exacta del Médico que Certifica:** Autopsia

**29. CERTIFICO que asistí al fallecido desde:** — hasta —

**29b. Número de Licencia del Médico que Certifica**

**29c. Nombre del Médico que Certifica**

**30a. Firma** ▷
**30b. Fecha:** Mes Marzo Dia 12 2002
**30c. Nombre del cementerio o crematorio**
**30d. Dirección**

**31. Será:** Enterramiento ☐ / Traslado ☑ / Cremación ☐

**32. ¿Fue embalsamado?** ☐ Sí ☑ No

**33. Color o Raza del Fallecido:** Blanco ☑ / Negro ☐ / Otro ☐

**34. Nombre del embalsamador**

**35. Firma del Registrador**

**a. Certifico:** fue embalsamado ☐ no fue embalsamado ☑
**b. Firma** ▷
**c. Nombre y dirección del agente funerario:** San Agustín Santurce PR

AGENTE FUNERARIO O ENCARGADO DEL ENTIERRO: San Agustín, Santurce PR