**EXHIBIT E**

| DEPARTMENT OF TRANSPORTATION U.S. COAST GUARD CG-2692 (Rev. 6-87) | REPORT OF MARINE ACCIDENT, INJURY OR DEATH | | RCS No. G-MMI-4017 UNIT CASE NUMBER |
|---|---|---|---|

### SECTION I. GENERAL INFORMATION

| 1. Name of Vessel or Facility: EAGLE EYE | 2. Official No. 669872 | 3. Nationality U.S. | 4. Call Sign WST3794 | 5. USCG Certificate of Inspection issued at: NEW BEDFORD, MA |
|---|---|---|---|---|
| 6. Type (Towing, Freight, Fish, Drill, etc.) FISHING | 7. Length 65 FT. | 8. Gross Tons 75 | 9. Year Built 1984 | 10. Propulsion (Steam, diesel, gas, turbine...) DIESEL |
| 11. Hull Material (Steel, Wood...) STEEL | 12. Draft (Ft.-In.) FWD. 8FT.  AFT. 10FT. | 13. If Vessel Classed, By Whom (ABS, LLOYDS, DNV, BV, etc.) N/A | 14. Date (of occurrence) 03/12/02 AM | 15. TIME (Local) 10:00 AM |

16. Location (See Instruction No. 10A): PIER 9, SAN JUAN, PR

17. Estimated Loss of Damage TO:
- VESSEL _____
- CARGO _____
- OTHER LIFE

18. Name, Address & Telephone No. of Operating Co.:
EAGLE EYE FISHING CORP.
240 CAUSEWAY
LAWRENCE, NY 1559

| 19. Name of Master or Person in Charge: DAVID M. WAITON | USCG License ☐ YES ☒ NO | 20. Name of Pilot: N/A | USCG License ☐ YES ☐ NO | State License ☐ YES ☐ NO |
|---|---|---|---|---|
| 19a. Street Address (City, State, Zip Code): P.O. Box 101, WANCHESE, NC, 27981 | 19b. Telephone Number: (252)441-2400 | 20a. Street Address: N/A | 20b. Telephone Number: N/A | |

21. Casualty Elements (Check as many as needed and explain in Block 44.)

- NO. OF PERSONS ON BOARD: 05
- ☒ DEATH - HOW MANY? 01
- ☐ MISSING - HOW MANY?
- ☐ INJURED - HOW MANY?
- ☐ HAZARDOUS MATERIAL RELEASED OR INVOLVED
- ☐ OIL SPILL - ESTIMATE AMOUNT:
- ☐ CARGO CONTAINER LOST/DAMAGED
- ☐ COLLISION (Identify other vessel or object in Block 44.)
- ☐ GROUNDING  ☐ WAKE DAMAGE

- ☐ FLOODING; SWAMPING WITHOUT SINKING
- ☐ CAPSIZING (with or without sinking)
- ☐ FOUNDERING OR SINKING
- ☐ HEAVY WEATHER DAMAGE
- ☐ FIRE
- ☐ EXPLOSION
- ☐ COMMERCIAL DIVING CASUALTY
- ☐ ICE DAMAGE
- ☐ DAMAGE TO AIDS TO NAVIGATION
- ☐ STEERING FAILURE
- ☐ MACHINERY OR EQUIPMENT FAILURE
- ☐ ELECTRICAL FAILURE
- ☐ STRUCTURAL FAILURE

- ☐ FIREFIGHTING OR EMERGENCY EQUIPMENT FAILED OR INADEQUATE (Describe in Block 44.)
- ☐ LIFESAVING EQUIPMENT FAILED OR INADEQUATE (Describe in Block 44.)
- ☐ BLOW OUT (Petroleum exporation/production)
- ☐ ALCOHOL INVOLVEMENT (Describe in Block 44.)
- ☐ DRUG INVOLVEMENT (Describe in Block 44.)
- ☐ OTHER (Specify)

22. Conditions

| A. Sea or River Conditions (wave height, river stage, etc.) N/A | B. WEATHER ☒ CLEAR ☐ RAIN ☐ SNOW ☐ FOG ☐ OTHER (Specify) | C. TIME ☒ DAYLIGHT ☐ TWILIGHT ☐ NIGHT | D. VISIBILITY ☒ GOOD ☐ FAIR ☐ POOR | E. DISTANCE (miles) (of visibility) 2 miles  F. AIR TEMPERATURE (F) 80-85°F  G. WIND SPEED & DIRECTION 10 KNTS. E  H. CURRENT SPEED & DIRECTION N/A |
|---|---|---|---|---|

| 23. Navigation Information ☒ MOORED, DOCKED OR FIXED ☐ ANCHORED ☐ UNDERWAY OR DRIFTING | SPEED AND COURSE | 24. Last Port When: SAN JUAN, PR | 24a. Time and Date of Departure OUT 02/16/02 5:00 P IN 03/12/02 12:00 P |
|---|---|---|---|

| 25. FOR TOWING ONLY | 25a. NUMBER OF VESSELS TOWED | Empty | Loaded | Total | 25b. TOTAL H.P. OF TOWING UNITS | 25c. MAXIMUM SIZE OF TOW WITH TOW-BOAT(S) | Length | Width | 25d. (Describe in Block 44.) ☐ PUSHING AHEAD ☐ TOWING ASTERN ☐ TOWING ALONGSIDE ☐ MORE THAN ONE TOW-BOAT ON TOW |
|---|---|---|---|---|---|---|---|---|---|

### SECTION II. BARGE INFORMATION

| 26. Name | 26a. Official Number | 26b. Type | 26c. Length | 26d. Gross | 26e. USCG Certificate of Inspection Issued at: |
|---|---|---|---|---|---|
| 26f. Year Built | 26g. ☐ SINGLE SKIN ☐ DOUBLE SKIN | 26h. Draft FWD  AFT | | 26i. Operating Company | |

26j. Damage Amount
- BARGE _____
- CARGO _____
- OTHER _____

26k. Describe Damage to Barge

PREVIOUS EDITION IS OBSOLETE

PAGE 2 OF CG-2692 (REV. 6-87)

## SECTION III. PERSONNEL ACCIDENT INFORMATION

27. Person Involved: [X] MALE or [ ] FEMALE; [ ] DEAD [ ] INJURED [ ] MISSING
27a. Name (Last, First, Middle Name): WRIGHT, DANNY TYSON
27b. Address (City, State, Zip Code): P.O. BOX 370 WANCHESE, NC 27981 (MOTHER'S ADDRESS)
27c. Status: [X] Crew [ ] Passenger [ ] Other
28. Birth Date: 09/08/60
29. Telephone No.: (152) 441-7573 (MOTHER)
30. Job Position: DECKHAND
31. (Check here if off duty): [ ]
32. Employer: EAGLE EYE FISHING CORP.

33. Person's Time:
- A. IN THIS INDUSTRY — YEAR(S): 25
- B. WITH THIS COMPANY — MONTH(S): 2
- C. IN PRESENT JOB OR POSITION — 25
- D. ON PRESENT VESSEL/FACILITY — 2
- E. HOURS ON DUTY WHEN ACCIDENT OCCURRED — 7.5 HRS

34. Industry of Employer: FISHING
35. Was the Injured Person Incapacitated 72 Hours or More? NO
36. Date of Death: 03/12/02

37. Activity of Person at Time of Accident: CLEANING FISH HOLE
38. Specific Location of Accident on Vessel/Facility: CABIN ENTRANCE
39. Type of Accident: STABBING BY ANOTHER CREWMEMBER
40. Resulting Injury: DEATH
41. Part of Body Injured: NECK, SIDE, STOMACH
42. Equipment Involved in Accident: HUNTING KNIFE
43. Specific Object, Part of the Equipment in block 42., or Substance that directly produced the Injury: HUNTING KNIFE

## SECTION IV. DESCRIPTION OF CASUALTY

44. Describe how accident occurred, damage, information on alcohol/drug involvement and recommendations for corrective safety measures.

AFTER TAKING A BREAK FROM CLEANING FISH HOLE, MR. DILLON (A.K.A. "JEROME") GOT INTO AN ARGUMENT ABOUT A FISH CAUGHT AND JEROME THREW IT OVERBOARD. MR. WRIGHT GOT MAD WITH HIM AND JEROME TOOK A HUNTING KNIFE OF HIS POSSESSION AND STABBED MR. WRIGHT THREE TIMES.
WE TRIED CPR ON MR. WRIGHT TO NO AVAIL.

45. Witness: MARCO WILLIAMS, P.O. BOX 655 OWENS SHIPYARD ROAD, WANCHESE, NC 27981-0655
46. Witness: ED MCCARTY, 8984 LITTLE JOE TRL., ROSCOMMON, MI 48653-9546

## SECTION V. PERSON MAKING THIS REPORT

47. Name (PRINT): DAVID M. WALTON
47b. Address: P.O. BOX 101 WANCHESE, NC 27981
PHYSICAL: 201 W. LAKESIDE DR. NAGSHEAD, NC
47c. Title: MASTER
47d. Telephone No.: (252) 441-2400
47e. Date: 03/13/02
47a. Signature: David M. Walton

FOR COAST GUARD USE ONLY | REPORTING OFFICE:
APPARENT CAUSE:
CASUALTY CODE A  B  C
INVESTIGATOR (Name) | DATE | APPROVED BY (Name) | DATE