**EXHIBIT F**

# Confidential

Access to and distribution of the contents of this report is governed by Law #13 passed on the 24th of July of 1985 according to the amendments and current regulations.

# REPORT OF THE FINDINGS (EVIDENCE) AT THE SCENE

**INSTITUTE OF FORENSIC SCIENCES OF PUERTO RICO**

*SCIENCE AT THE SERVICE OF TRUTH AND JUSTICE.*

This report is based on the observations, findings and criminal evidence found at the scene of the crime.

scene of the crime.

THE FREE AND ASSOCIATED STATE OF PUERTO RICO
INSTITUTE OF FORENSIC SCIENCES
DIVISION OF FORENSIC INVESTIGATON

REPORT ON THE FINDINGS AT THE SCENE

ICF-0056
Rev. 1

I.C.F. NUMBER: __A-1155-02__   POLICE AREA OR DEPARTMENT: __San Juan__

COMPLAINT NUMBER: __02-1-166-01438__   PRECINCT OR DISTRICT: __San Juan__

**RECIPIENT OF THE REPORT**

NAME: __Agent Magali Baez, shield # 26211__   AGENCY: __P.P.R.__

DATE: __12th of March 2002__   HOUR: __10:50__   X AM __PM

BY MEANS OF: __TELEPHONE__

NAME OF THE NOTIFIED FORENSIC INVESTIGATOR: __Yamil Santos Matos__

DATE AND HOUR OF ARIVAL TO THE SCENE: __12th of March 2002   11:20__   X AM __PM

DATE AND HOUR LEAVING THE SCENE: __12th of March 2002   1:40__   __AM X PM

DATE OF THE INCIDENTS: __12th of March 2002__

LOCATION OF THE INCIDENTS: __Dock 9, Fernandez Juncos Ave., San Juan, PR__

ILLUMINATION(lighting): __NATURAL__ OR ARTIFICIAL
(EXPLAIN):_____

__X__ SUN   ____MOON   ____GOOD   ____REGULAR   ____POOR

CUSTODY OF THE (crime) SCENE: __Agent Deborah Gonzalez, Shield # 21967__

HOMICIDE AGENT: __Jose M. Donate Soto__ Shield # __18810__ PROSECUTOR: __Fleming Castillo__

I Certify that this document is a faithful and exact copy of its original, which is found in the files of Institute of Forensic Sciences of Puerto Rico, and is admissible in the courts of justice of The Free and Associated State of Puerto Rico, subject to article 27 of Law Numbered 13 passed on the 24th of July of

9/7/2004

1985, amended. In San Juan, Puerto Rico, Today the __23__ of __April__ of __200 2__ .
__8__ pages including the cover.

          ___(Signature)(Elsa Miró Torres ?)___
          Official in charge of Documents

2-6
NUM. I.C.F A-1155-02

ICF-0056
Rev. 1

## SCENE:

GERERAL DESCRIPTION OF THE SCENE: (describe the exact location in which the cadaver was found, *(and)* if there is air conditioning. Explain the condition of the pavement or surface.)

The exterior of the scene is a seaport zone, having streets with traffic that flows in both directions. To get to the location you go through a gate *(or large door)* with a security__ station, with an extensive patio *(or parking lot)* . The deceased was located on a dry__ surface, in the back part of a fishing boat

METHOD OF SEARCH: Linear

FIREARMS FOUND (Give brand, model, caliber, serial number, length of barrel, and describe):
none

NON FIREARM WEAPONS OR OTHER OBJECTS USED (Describe): None

APARENT IMPACT FROM PROJECTILE BULLETS LOCATED AT THE SCENE (Describe location and quantity): None

TEST OF FIREARM RESIDUE AT THE SCENE ___YES _X_NO

ON THE DECEASED __YES _X_NO

OTHER OBJECTS FOUND (Describe) None

OTHER EVIDENCE FOUND (Describe): A piece of blue cloth with an apparent blood stain, a pair of sweat pants with an apparent blood stain. Two white boots with apparent blood stains and hair, two red gloves with apparent blood stains, a white shirt with apparent blood stains

3-6
NUM. I.C.F A-1155-02

9/7/2004

ICF-0056
Rev. 1

MEDICATIONS FOUND (Describe and show source of information): None

CONTROLLED SUBSTANCES: None                                           OTHERS:

## INFORMATION ON THE DEAD PERSON

NAME: Danny Tyson Wright                                      SEX: M _X_ F____

SOCIAL SECURITY NUM: N/D   LICENSE NUMBER: 5728229   AGE: 41 yrs

DATEOF BIRTH August 9, 1960   NATIONALITY: American   HEIGHT: 5'8"

WEIGHT: 225lbs        SKIN COLOR: White        EYE COLOR: "Hazel"

COLOR AND TYPE OF HAIR: Blond, Straight   BEARD OR MUSTACHE: none

TATTOOS: On the left biceps, an image of a bat. On the left forearm an image of a tiger

SCARS: None

CLOTHING (Describe): Short black pants, white socks, black rubber boots.

RESIDENTIAL ADDRESS: (Postal) PO Box 370, Mill Landing RD, Wanchese NC, 27981-0371

ILLNESSES OR MEDICAL CONDITIONS (Indicate the informant): N/D *(not determined)*

WAS S/HE HOSPITALIZED (Indicate Institution): No

DESCRIBE THE OBJECTS FOUND ON THE CADAVER (Confiscated valuable objects to be held by the police): None

4-6
NUM. I.C.F A-1155-02

ICF-0056
Rev. 1

9/7/2004

NUMBER OF PHOTOS TAKEN: 132      I.F. Marisol Rodriguez Martis

VIDEO: X    YES ____ NO        I.F. Gladys Del Toro Urdaz

SKETCHES: X  YES ____ NO       I.F. Yamil Santos Matos

PRINTS LIFTED: X FINGERPRINTS __PRESSURE __PALM __OTHER

The finger prints where taken from the cadaver by the Official in charge, Mr. Ricardo Irene.

MARKS OF TOOLS: ____ YES   X  NO    DESCRIBE: N/A

**THE POSITION OF THE CADAVER WHEN OBSERVED BY THE FORENSIC INVESTIGATOR**

| 1 | 2 | 3 | 4 |
|---|---|---|---|
| (figure) | (figure) | (figure) | (figure) |
| SUPINE | PRONE | RIGHT LATERAL | LEFT LATERAL |

(this figure is in a box)

| 5 | 6 | 7 | 8 |
|---|---|---|---|
| (figure) | (figure) | (figure) | (figure) |
|   | SITTING POSITION |   |   |

| 9 | 10 | 11 | 12 |
|---|---|---|---|
| (figure) | (figure) | (figure) | (figure) |
|   |   | complete Submersion | incomplete |

**Submersion**

| 13 | 14 | 15 | 16 |
|---|---|---|---|
| (figure) | (figure) | (figure) | (figure) |
| BOXER POSITION |   | INCOMPLETE SUSPENSION |   |

17
(figure)
COMPLETE SUSPENSION

5-6

NUM. I.C.F A-1155-02

ICF-0056
Rev. 1

PRELIMINARY EXAM OF THE CADAVER AT THE SCENE

HISTORY:

RIGIDNESS OF THE CADAVER FROM 1 TO 3

9/7/2004

Date: __12__ of __March__ of __2002__   TIMER: __1:00pm__

CADAVEROUS COLOR:

Date: __12__ of __March__ of __2002__   TIMER: __1:00pm__

(Figure face up)                          (Figure face down)

INDICATE SIGNS OF VIOLENCE ON THE CADAVER

(Figure face up)                          (Figure face down)

HISTORY: " = wounds, apparent stab (non-firearm)_____ _____ ____ ___

___ _____

_____

                                                            6-6
                                                    NUM. I.C.F A-1155-02

ICF-0056
Rev. 1

OBSERVATIONS: The deceased was checked by EMT 980 of Medical Emergency of

the State, who certified the death._____ _

_____

The deceased was identified by means of an identification card issued by the state of

North Carolina that was gathered by agent Jose M. Donate, shield # 18810. .___

9/7/2004

Part of the evidence gathered was described on page 2-6/ Other evidence gathered was taken from the hands of Sr. Kevin Dillon, in a jail cell at the police headquarters for the area of San Juan.

The evidence submitted to the laboratory was assigned the number DNAS-02-161

| Yamil Santos Matos | Nelson Morales Huertas |
|---|---|
| Name of the Forensic Investigator (print name) | Name of the Supervisor (print name) |
| *(name signed on document)* | *(name signed on document)* |
| Signature of the Forensic Investigator | Signature of the Supervisor |

9/7/2004

# CONFIDENCIAL

El acceso y divulgación del contenido se rige por disposición de la Ley 13 del 24 de julio de 1985 según enmendada y los reglamentos vigentes.



INFORME DE HALLAZGOS DE ESCENA

INSTITUTO DE CIENCIAS FORENSES DE PUERTO RICO

LA CIENCIA AL SERVICIO DE LA VERDAD Y LA JUSTICIA

Este informe se basa en las observaciones, hallazgos y pruebas criminalísticas realizadas en el lugar de los hechos.

ICF-0024

1-6

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**INSTITUTO DE CIENCIAS FORENSES**
**DIVISIÓN INVESTIGADORES FORENSES**

INFORME DE HALLAZGOS EN LA ESCENA

ICF-0056
Rev. 1

NUMERO I.C.F.: A-1155-02    ÁREA POLICIACA: San Juan

NUMERO DE QUERELLA: 02-1-166-01438    PRECINTO O DISTRITO: San Juan

**INFORMADO:**

NOMBRE: Agte. Magali Báez, Placa 26211    AGENCIA: P.P.R.

FECHA: 12 de marzo de 2002    HORA: 10:50   ☒AM ☐PM   MEDIO: Teléfono

NOMBRE DEL INVESTIGADOR FORENSE NOTIFICADO: Yamil Santos Matos

FECHA Y HORA DE LLEGADA A LA ESCENA: 12 de marzo de 2002    11:20    ☒AM ☐PM

FECHA Y HORA DE SALIDA DE LA ESCENA: 12 de marzo de 2002    1:40    ☐AM ☒PM

FECHA DE LOS HECHOS: 12 de marzo de 2002

LUGAR DE LOS HECHOS: Muelle 9, Ave. Fernández Juncos, San Juan, PR

ILUMINACIÓN NATURAL O ARTIFICIAL (EXPLIQUE):

| [X] SOL | [ ] LUNA | [ ] BUENA | [ ] REGULAR | [ ] POBRE |

CUSTODIO DE LA ESCENA: Agte. Deborah González, Placa 21967

AGENTE HOMICIDIOS: José M. Donate Soto    Placa 18810   FISCAL: Fleming Castillo

Certifico que este documento es copia fiel y exacta de su original, el cual consta en los expedientes del Instituto de Ciencias Forenses de P.R. y es admisible en los tribunales de justicia del Estado Libre Asociado de P.R., sujeto a lo dispuesto en las Reglas de Evidencia de P.R. En conformidad con el Artículo 27 de la Ley Número 13 del 24 de julio de 1985, enmendada. En San Juan, Puerto Rico, hoy 23 de abril de 200_. 8 páginas incluyendo la portada.

_____
OFICIAL DE DOCUMENTOS

2-6
NUM. I.C.F. A-1155-02

ICF-0056
Rev. 1

**ESCENA:**

DESCRIPCIÓN GENERAL DE LA ESCENA: (Informe lugar exacto donde localizó el cadáver, si existe aire acondicionado. Explique las condiciones del pavimento o superficie.)

Escena exterior en zona portuaria, con calles donde el tránsito fluye en ambas direcciones. Para llegar al lugar se atravesó un portón, con puesto de seguridad, con solar extenso. El occiso se localizó en un superficie seca, en la parte trasera de un barco de pesca.

MÉTODO DE BÚSQUEDA: Lineal.

ARMAS DE FUEGO LOCALIZADAS (Explique marca, modelo, calibre, número de serie, largo del cañón y describa):

Ninguna.

ARMAS BLANCAS U OBJETOS OCUPADOS (Describa): Ninguna.

APARENTES IMPACTOS DE PROYECTIL DE BALA LOCALIZADOS EN LA ESCENA (Describa localización y cantidad):

Ninguno.

PRUEBA DE RESIDUOS DE DISPARO EN LA ESCENA ☐SI ☒NO          EN EL OCCISO ☐SI ☒NO

OTROS OBJETOS LOCALIZADOS (Describa): Ninguno.

OTRA EVIDENCIA OCUPADA (Describa): Un pedazo de tela azul con mancha de aparente sangre, un pantalón tipo sudadera, con mancha de aparente sangre. Dos botas blancas con manchas de aparente sangre y pelos, dos guantes rojos con mancha de aparente sangre, una camisa blanca, con manchas de aparente sangre.

3-6
NUM. I.C.F. A-1155-02

ICF-0056
Rev. 1

MEDICAMENTOS OCUPADOS (Describa e indique fuente de información): __Ninguno.__

SUSTANCIAS CONTROLADAS: __Ninguna.__

OTROS: _____

## INFORMACIÓN DE LA PERSONA MUERTA

NOMBRE: __Danny Tyson Wright__    SEXO: M _x_ F ___

NÚMERO DE SEGURO SOCIAL: __S/D__    NÚMERO DE LICENCIA: __5728229__ EDAD: __41 años__

FECHA DE NACIMIENTO: __9 de agosto de 1960__    NACIONALIDAD: __Americano__    ESTATURA: __5'8"__

PESO: __225 lbs.__    COLOR DE PIEL: __Blanca__    COLOR DE OJOS: __"Heizer"__

COLOR Y TIPO DE CABELLO: __Rubio, lacio__    INDIQUE BARBA O BIGOTE: __Ninguno__

TATUAJES: __En el mollero izquierdo, una imagen de murciélago. En el antebrazo izquierdo, una imagen de tigre.__

CICATRICES: __Ninguna.__

VESTIMENTA (Describa): __Pantalón corto negro, medias blancas, botas en goma negras.__

DIRECCIÓN RESIDENCIAL: __(Postal) PO Box 370, Mill Landing RD, Wanchese NC, 27981-0371__

ENFERMEDADES QUE PADECÍA (Indique el informante): __S/D__

FUE HOSPITALIZADO (Indique institución): No. _____

DESCRIBA OBJETOS OCUPADOS AL CADÁVER (Objetos de valor confiscables serán ocupados por la policía):

Ninguno.

4-6
NUM. I.C.F. A-1155-02

ICF-0056
Rev. 1

CANTIDAD DE FOTOS TOMADAS: __132__   I.F. __Marisol Rodríguez Martis__

VIDEO __x__ SI _____ NO   I.F. __Gladys Del Toro Urdaz__

CROQUIS __x__ SI _____ NO   I.F. __Yamil Santos Matos__

HUELLAS DESARROLLADAS: __x__ DACTILARES ____ DE PRESIÓN ____ PALMARES ____ OTROS

Le fueron tomadas las huellas dactilares al occiso por el Oficinista de Sala, el Sr. Ricardo Irene.
_____

MARCAS DE HERRAMIENTAS: ____ SI __X__ NO   DESCRIBA __N/A__

POSICIÓN DEL CADÁVER AL SER LOCALIZADO POR EL INVESTIGADOR FORENSE



5-6
NUM. I.C.F. A-1155-02

ICF-0056
Rev. 1

EXAMEN PRELIMINAR DEL CADÁVER EN LA ESCENA

LEYENDA:

    RIGIDEZ CADAVÉRICA DE 1 a 3

        FECHA: ____12____ de ____marzo____ de ____2002____        HORA: ___1:00pm___

    LIVIDEZ CADAVÉRICA:        / / /

        FECHA: ____12____ de ____marzo____ de ____2002____        HORA: ___1:00pm___



INDIQUE SIGNOS DE VIOLENCIA EN EL CADAVER

 

LEYENDA:  ★  =Heridas de aparente puñaladas (arma blanca).

_____
_____
_____
_____

ICF-0056
Rev. 1

6-6
NUM. I.C.F. A-1155-02

OBSERVACIONES: El occiso fue verificado por Mulero 980 de Emergencias Médicas Estatal, quien certificó la muerte.

El occiso se identificó a través de una tarjeta de identificación del Estado de Carolina del Norte, la que fue ocupada por el Agte. José M. Donate, placa 18810.

Parte de la evidencia ocupada descrita en la pág. 2-6/Otra evidencia ocupada, se le ocupó de las manos al Sr. Kevin Dillon, en una celda de la Comandancia de la Policía, área de San Juan.

A la evidencia sometida al laboratorio se le asignó el número DNAS-02-161.

Yamil Santos Matos
Nombre Investigador Forense
(en letra de molde)

Firma del Investigador Forense

Nelson Morales Huertas
Nombre del Supervisor
(en letra de molde)

Firma del Supervisor



**INFORMACIÓN:**
A-1155-02
Querella: 2002-1-166-01438
Lugar: Muelle 9, Ave. Fernández Juncos, San Juan, PR.
Occico: Danny Tyson Wright
Fecha: 12 de marzo de 2002
Preparado por: Yamil Santos Matos

**LEYENDA**
- Guantes Rojos
- Gorra

Diagram labels: veja, Estacionamiento, Océano Atlántico, bomba, Almacén, congelador, Nevera de Hielo, Rollo de hilo de pescar, Cabina de Control

Measurements noted: 26', 10'9", 27', 27', 12', 8'0", 5'3"