**EXHIBIT G**

THE FREE AND ASSOCIATED STATE OF PUERTO RICO
**INSTITUTE OF FORENSIC SCIENCES**
P.O. Box 11878
Caparra Heights Station
San Juan, Puerto Rico 00922-1878
(787) 765-0615  *Fax (787) 759-7315

## FORENSIC MEDICAL REPORT

### AUTOPSY # 1155-02

| | |
|---|---|
| Name of the deceased: | Danny Tyson Wright |
| Address: | 101 Wee Burn Court, Nagshead, North Carolina |
| Place of death: | Dock #9, San Juan, Puerto Rico |
| Date of Autopsy: | March 13th 2002 |
| Identified by: | David Mark Walton |
| Address: | 413 Kerns Church Rd, Sutherlin, VA |
| Relation: | Captain of the Boat |
| Prosecutor: | Fleming Castillo Alfaro |
| Judicial District: | San Juan, Puerto Rico |
| Date of Report: | May 7th 2002 |

I Certify that this document is a faithful and exact copy of its original, which is found in the Institute of Forensic Science of Puerto Rico, and is admissible in the courts of justice of The Free and Associated State of Puerto Rico, subject to that put forth by the rules of evidence of P.R. In conformity of article 27 of Law Numbered 13 of the 24th of July of 1986, Amended. In San Juan, Puerto Rico, today the __15__ of __May__ of __2002__   __5__ pages.

_____(Signature)_____
Officer in charged of Document

**FOR OFFICIAL USE ONLY**
Cannot be Photocopied or reproduced
without the expressed authorization of
the Institute of Forensic Sciences,
the Secretary of Justice, or a competent
tribunal.

AUTOPSY 1155-02

## EXTERNAL EXAM:

The exam was of a cadaver of a man, white race that appeared to be the later established 41 years of age. He was dressed in swim trunk like shorts, rubber boots and thick white socks. Having removed these, we find a body with good development and nutrition, and measuring 67in and an estimated weight of 170lbs., with an established cadaveric rigidity *(rigor mortis?)* and bruising on the extremities. The head is of normal configuration. The hair is brown, the eyes are green in color the pupils were equal and not dilated. We observed a tattoo of Yen Yang *(Yin Yang?)* on the left thoracic region, and five dolphins going around on the right scapular region; a tattoo on the left arm, the head of a panther on the left forearm and another apparent tattoo on the dorsal part of the left wrist. In addition to that we observe abrasions on the right frontal region, in the pre-orbital right external area and on both knees. It can be seen that the second digit of the left foot is missing its distal phalange, but this occurred sometime ago. It is worth noting an old scar on the level of the upper third of the right thigh, there has been some muscle lost in that region.

As a finding of greater interest we can observe various incision and puncture wounds in the following locations and following characteristics:

## INCISION/PUNCTURE WOUND "A":

This one is located in the inferior pre-auricular region, left side at 6 ½" from the left crown and 4 ½" from the anterior line. This appears in almost a vertical line and it is 1 ¼" long. It is irregular in form with clean inverted edges. The deep exploration is from up to down and from left to right. Following this trajectory it is evident that the weapon penetrated the skin and the subcutaneous tissues, cutting the muscles in that region and striking the mandible.

## INCISION/PUNCTURE WOUND "B":

This one is located below the left ribcage 45" above the heel and 7" from the interior medial line and its 1" in length. It appears diagonally from up to down and left to right. It is elliptical in form. The deep exploration reveals a trajectory from left to right, from front to back, and from down to up. Following this trajectory its evident that the weapon, after lacerating the skin, the subcutaneous tissues, and the muscles in that region, perforates the diaphragm and penetrates into the thoracic cavity where it penetrates the pericardium and lacerates the heart from the left side opening it on the sides of the left ventricle.

AUTOPSY 1155-02 (2)

## INCISION/PUNCTURE WOUND "C":

This one is located on the left flank 42" bellow the crown (top of head) and 6" from the posterior medial line. It is an irregular elliptical form with clean edges but not regular. It is 1 1/8" long. It appears in diagonal form from down to up and right to left. This does not penetrate the abdominal cavity. It involves only the skin the subcutaneous tissues and the external muscular layer. We observe on the skin that is anterior to this wound, on the external face of the flank, two linear abrasions. We also observed a cutting wound on the right umbilical region 40" from the heel, that measures 2 ½" long, that involves only the skin.

## EXTERIOR EXAMINATION:

**HEAD:** Upon lifting the scalp we observed a hemorrhage infiltrating the scalp, in the frontal region, corresponding to the abrasion previously described. The cranium is intact. There is no evidence of epidural or subdural hemorrhage. There is no evidence of cranial fracture either. The brain weighed 1,450 grams. The cerebral hemispheres are symmetrical. The meninges are fine, transparent and congested. The inspection of the base of the brain reveals that the arteries of the willis circle are normal in distribution and size. There is no evidence of herniation in the cerebral lobes or fissures. Sections of the cerebrum, cerebellum and brain stem, do not show any significant findings.

**NECK:** Upon examining the cervical structures, we can observe that the epiglottal, laryngeal, and tracheal mucosa are congested. We observed no evidence of fracture of the hyoid bone, nor of the thyroid cartilage. We do not observe evidence of obstruction of the upper respiratory track by a foreign object either.

**THORAX:** Upon opening the thoracic cavity we observed that the lungs are expanded, the right one weighs 650 grams and the left one 350 grams. They are pink in color with a pattern of anthracosis. We observed liquid and coagulated blood in the left side of the thoracic cavity. The heart is over size, weighing 500 grams. It has the traumatic changes to it that were previously described. Upon dissecting it, we do not find evidence of congenital abnormalities and similarly, upon examination of the large coronary vessels and the major vessels of the thorax, there are no abnormalities. The left ventricle measures 2.5 cm in width.

AUTOPSY 1155-02 (3)

**ABDOMEN:** Upon opening the abdominal cavity, we observed that the organs are normal size and distribution. The liver weighed 1,750 grams. It was brown in color. Its casing is smooth and shinny. The spleen weighed 200 grams. Its casing is gray. Its parachyme is a dark red color. The kidneys come out of their casing easily. They weighed 220 grams each. Upon cutting we can distinguish cortex and medulla. There is no evidence of (kidney) stones in the uro-pelvic system. The gastric content is a small quantity if liquid.

**TOXOCOLOGY ANALYSIS:**
See attached report

**DIASNOSIS SUMARY:**

1. Incisions/ puncture wounds in the thorax

    a. Incision wound to the heart
    b. Pericardial hemorrhage
    c. Hemorrhage of (in) the left thorax

2. Incision wounds to the face, side and abdomen

3. Cardiomegalia 500 grams
    a. Hypertrophy of left ventricle 2.5 cm.

**CAUSE OF DEATH:**   Wound by a non fire arm to the thorax

**MANNER OF DEATH:**   Homicide. [1]

*(Signature)* .
**FRANCISCO CORTES, M.D.**
**Forensic Pathologist**
*(Hand written)* <u>12 April 2002</u>
Date   .

---

[1] Word used with out implication of judicial expectance

THE FREE AND ASSOCIATED STATE OF PUERTO RICO
**INSTITUTE OF FORENSIC SCIENCES
OF PUERTO RICO**
CRIMINILISTIC LABORATORY
P.O. Box 11878
San Juan, Puerto Rico 00922-1878

CERTIFIED TOXICOLOGY ANALYSIS

**AUTOPSY NUMBER**  1155-02           **NUMBER OF THE LAB.**  0704-TF-02

**NAME**  Danny Tyson Wright           **DATE OF ARRIVAL**  14/march/02

**PATHOLOGIST**  Dr. Fransisco Cortes    **FROM**  _____

**SUBMITTED SAMPLES**  Blood (15cc), Nasal swab (1), Virtuous humor (5cc)

**REQUESTED ANALYSIS**  Alcohol, cocaine, opiates

**VOLATILE SUBSTANCES** (Alcohol's)

Blood: Contains 0.21% alcohol by weight. Negative for methanol, isopropyl and acetone.

**CONTROLLED SUBSTANCES AND OTHER ANALYSIS**

Vitreous humor:  opiates and cocaine not detected

Nasal swab  opium and cocaine not detected

*(Seal reads)*

THE FREE AND ASSOCIATED STATE OF PUERTO RICO
Jose L Perez Dias Lic. #4004
Licensed Chemist
Institute of Forensic Science

_(Signature)_                         _26th of April of 2002_
**Certified by**                       Date



ESTADO LIBRE ASOCIADO DE PUERTO RICO
## Instituto de Ciencias Forenses
P. O. Box 11878
Caparra Heights Station
San Juan, Puerto Rico 00922-1878
(787) 765-0615 • Fax: (787) 759-7315

## INFORME MEDICO - FORENSE

### Autopsia Núm. <u>1155-02</u>

Nombre del occiso:  <u>Danny Tyson Wright</u>

Domicilio en:  <u>101 Wee Burn Court, Nagshead, North Carolina</u>

Lugar de muerte:  <u>Muelle #9, San Juan, Puerto Rico</u>

Fecha de Autopsia:  <u>13 de marzo de 2002</u>

Identificado por:  <u>David Mark Walton</u>

Domicilio en:  <u>413 Kerns Church Rd, Sutherlin, VA</u>

Relación:  <u>Capitán de embarcación</u>

Fiscal:  <u>Fleming Castillo Alfaro</u>

Distrito Judicial:  <u>San Juan, Puerto Rico</u>

smp

Fecha del informe:  **7 de mayo de 2002**

Certifico que este documento es copia fiel y exacta de su original, el cual consta en los expedientes del Instituto de Ciencias Forenses de P. R. y es admisible en los tribunales de justicia del Estado Libre Asociado de P. R., sujeto a lo dispuesto en las Reglas de Evidencia de P. R. En conformidad con el Artículo 27 de la ley Núm. 13 del 24 de julio de 1986, enmendada. En San Juan, Puerto Rico, hoy <u>15</u> de <u>mayo</u> de <u>002</u>. <u>5</u> Páginas.

Oficial de Documentos

PARA USO OFICIAL SOLAMENTE
No puede ser fotocopiado ni reproducido sin la autorización expresa del Instituto de Ciencias Forenses, del Secretario de Justicia o un Tribunal Competente.

AUTOPSIA NUM. 1155-02

## EXAMEN EXTERNO:

Se trata del cadáver de un hombre de la raza blanca, que aparenta tener la edad establecida de 41 años. Está vestido con un pantalón corto tipo traje de baño, botas de goma y medias gruesas blancas. Desprovisto de esto se aprecia un cuerpo con estado de desarrollo y nutrición bueno, midiendo 67" y un peso estimado en 170 libras, con la rigidez cadavérica establecida y las lividices en las partes dependientes del cuerpo. La cabeza es de configuración normal. El pelo es color castaño. Los ojos son color verde. Las pupilas están iguales y no dilatadas. Observamos un tatuaje de Yen Yang en la región torácica izquierda, en la región escapular derecha cinco delfines dando vueltas, un tatuaje en el brazo izquierdo, la cabeza de una pantera en el antebrazo izquierdo y otro aparente tatuaje en el dorso de la muñeca izquierda. Además de esto, observamos abrasiones en la región frontal derecha, en la región periorbitaria externa derecha y en ambas rodillas. Se observa que al 2do dígito del pie izquierdo le falta la falange distal, pero esto ocurrió remotamente. Es de notar también una cicatriz antigua a nivel del tercio superior del muslo derecho donde ha habido pérdida de músculo en esa región.

Como hallazgo de mayor interés, podemos observar varias heridas incisas y punzantes con la siguiente localización y características:

## HERIDA INCISO-PUNZANTE "A":

Está localizada en la región preauricular inferior lado izquierdo a 6½" por debajo de la coronilla a 4½" de la línea anterior. Está dispuesta en forma casi vertical, mide 1¼" de largo. Es de forma irregular con bordes invertidos limpios. La exploración en profundidad es de arriba hacia abajo y izquierda a derecha. Siguiendo esta trayectoria es evidente que el arma blanca penetra la piel y los tejidos subcutáneos lacerando los músculos regionales y chocando con la mandíbula.

## HERIDA INCISO-PUNZANTE "B":

Está localizada a nivel debajo del reborde costal izquierdo a 45" por encima del talón y 7" de la línea media anterior y 1" de largo. Está dispuesta en forma diagonal de abajo hacia arriba y de izquierda a derecha. Es de forma elíptica. La exploración en profundidad reveló una trayectoria de izquierda a derecha, de adelante hacia atrás y de abajo hacia arriba. Siguiendo esta trayectoria es evidente que el arma blanca después de lacerar la piel, tejido celular subcutáneo y los músculos regionales, perfora el diafragma, penetrando hacia la cavidad torácica donde penetra el saco pericárdico y lacera el corazón por el lado izquierdo, abriéndolo en los lados del ventrículo izquierdo.

AUTOPSIA NUM. 1155-02    (2)

### HERIDA INCISO-PUNZANTE "C":

Está localizada en la cara posterior del flanco izquierdo a 42" por debajo de la coronilla y 6" de la línea media posterior. Es de forma irregularmente elíptica con bordes limpios pero irregulares. Mide 1 1/8" de largo. Está dispuesta en forma diagonal de abajo hacia arriba y de derecha a izquierda. Esta no penetra a la cavidad abdominal, interesando sólo la piel, tejidos subcutáneos y la capa muscular externa. Observamos en la piel anterior a esta herida, en la cara externa del flanco, dos abrasiones lineales. Observamos también una herida cortante en la región paraumbilical derecha a 40" por encima del talón, que mide 2½" de largo, interesando sólo la piel.

### EXAMEN INTERNO:

**Cabeza:**

Con el levantamiento del cuero cabelludo observamos un infiltrado hemorrágico a del cuero cabelludo en la región frontal correspondiente a la abrasión ya descrita. La bóveda está intacta. Con la apertura de la cavidad craneana no observamos evidencia de trauma. No hay evidencia de hemorragias epidural ni subdural. Tampoco hay evidencia de fractura de cráneo. El cerebro pesó 1,450 gramos. Los hemisferios cerebrales son simétricos. Las meninges son finas, transparentes y congestionadas. La inspección de la base del cerebro revela que las arterias del círculo de Willis son de calibre y distribución normales. No hay evidencia de herniación de las amígdalas cerebelares ni de los uncos cerebrales. Secciones del cerebro, cerebelo y tallo cerebral no muestran hallazgos significativos.

**Cuello:**

Al examinar las estructuras cervicales podemos observar que la mucosa epiglótica, laríngea y traqueal están congestionadas. No observamos evidencia de fractura del hueso hioides ni del cartílago tiroideo. Tampoco observamos evidencia de obstrucción de la vía respiratoria superior por cuerpo extraño.

**Tórax:**

Al abrir la cavidad torácica observamos que los pulmones están expandidos, pesan el derecho 650 gramos y el izquierdo 350 gramos. Son color rosado con un patrón de antracosis. Observamos sangre líquida y coagulada en la región de la cavidad torácica izquierda. El corazón está aumentado en tamaño, pesando 500 gramos. Presenta los cambios traumáticos ya descritos. Al seccionarlo no observamos evidencia de anomalías congénitas al igual que al examinar los vasos coronarios y los grandes vasos del tórax. El ventrículo izquierdo mide 2.5 cm de grosor.



AUTOPSIA NUM. 1155-02    (3)

**Abdomen:**

Al abrir la cavidad abdominal observamos que los órganos guardan tamaño y distribución normales. El hígado pesó 1,750 gramos. Es de color marrón. Su cápsula es lisa y brillante. El bazo pesó 200 gramos. Su cápsula es gris. Su parénquima es rojo-oscuro. Los riñones descapsulan con facilidad, pesaron 220 gramos cada uno. Son color marrón. Al corte se distingue entre corteza y médula. No hay evidencia de cálculos en el sistema pélvico-caliceal. El contenido gástrico consta de escasa cantidad de líquido.

**ANALISIS TOXICOLOGICO:**
Ver informe adjunto.

**SUMARIO DIAGNOSTICO:**

1. Heridas inciso-punzante en el tórax.

    a. Herida inciso en el corazón.
    b. Hemopericardio.
    c. Hemotórax izquierdo.

2. Heridas incisas en cara, flanco y abdomen.

3. Cardiomegalia, 500 gramos.
    a. Hipertrofia ventrículo izquierdo, 2.5 cm.

**CAUSA DE MUERTE:**        Herida de arma blanca en tórax.

**MANERA DE MUERTE:**       Homicidio. [1]

FRANCISCO CORTES, M.D.
Patólogo Forense

12 abril 2002
Fecha

---

[1] Término usado sin implicar su acepción jurídica.



ESTADO LIBRE ASOCIADO DE PUERTO RICO
INSTITUTO DE CIENCIAS FORENSES
DE PUERTO RICO
LABORATORIO DE CRIMINALISTICA
BOX 11878
SAN JUAN, PUERTO RICO 00922-1878

### CERTIFICADO DE ANALISIS TOXICOLOGICO

NUM. AUTOPSIA  1155-02                     NUM. DE LAB.  0704-TF-02

NOMBRE  Dany Tyson Wrigh                   FECHA DE RECIBO  14/marzo/02

PATOLOGO  Dr. Fransisco Cortés             PROCEDENCIA _____

MUESTRAS SOMETIDAS  Sangre (15cc), Hisopo nasal (1), Humor vítreo (5cc)

ANALISIS SOLICITADOS  Alcohol, cocaína, opiáceos

**VOLATILES (Alcoholes)**

Sangre:      Contiene 0.21% de alcohol/peso.  Negativo para metanol, isopropanol y acetona.

**SUSTANCIAS CONTROLADAS Y OTROS ANALISIS**

Humor vítreo:     Opiáceos y cocaína no detectados.

Hisopo nasal:     Opiáceos y cocaína no detectados.



_____                    26 de abril de 2002
Certificado por                            Fecha