UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TABITHA ROWLAND, )<br>ADMINISTRATRIX OF THE )<br>ESTATE OF DANNY TYSON )<br>WRIGHT, )<br>               Plaintiff )<br>)<br>v. )<br>)<br>EAGLE EYE FISHING )<br>CORPORATION, )<br>               Defendant ) | CIVIL ACTION NO. 04 11646 MLW |

### DEFENDANT'S ASSENTED TO MOTION FOR LEAVE TO EXTEND DEADLINE FOR THE DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Now come the defendant to this action, by their attorneys, and hereby moves for leave of court to extend the deadline for the Defendant's Opposition to the Plaintiff's Motion for Partial Summary Judgment until May 13, 2005. In support thereof, the defendant states that the plaintiff has filed a Motion for Partial Summary Judgment, which the defendant intends to oppose. However, despite diligent effort the defendant is unable to fully research the issues presented in the plaintiff's brief and draft an opposition within the time frame specified by Local Rule 7.1. The parties have conferred and the plaintiff has assented to a brief extension of time for the Defendant's Opposition. Accordingly, the defendant respectfully requests that the Court allow an extension of time for the Defendant's Opposition to Plaintiff's Motion for Summary Judgment until <u>May 13, 2005</u>.

For the defendant:

/s/ Syd A. Saloman
Syd A. Saloman (BBO No. 645267)
Regan & Kiely LLP
85 Devonshire Street
Boston, MA 02109
(617) 723-0901
sas@regankiely.com

Case 1:04-cv-11646-MBB    Document 9    Filed 05/05/2005    Page 3 of 3