KEVIN CHARLES DILLON C/P JEROME

SWORN STATEMENT OF: __EDWARD MCARTY (10-4-61)__
(NAME)

AT __San Juan, P.R.__, ON __12__ OF __March__ __2002__
(COUNTY) (DATE)

I, __EDWARD MCARTY- single__, LIVING AT __MICHIGAN, U.S.A.__
(NAME) (COUNTY)

WITH RESIDENCE AT _____ AND TELEPHONE NUMBER _____
(EXACT ADDRESS) (RESIDENCE)

I WORK FOR __EAGLE EYE FISHING, CORP.__, __240 CAUSEWAY, LAWRENCE, N.Y. 11559__
(EMPLOYER'S NAME) (EMPLOYER'S ADDRESS)

_____ TELEPHONE NUMBER _____ SOCIAL SEC. NUMBER
(OFFICE)

_____ Prosecutor and previous to the law warnings that have been made to me, spontaneously under oath declare:

That I work for the Eagle Eye Fishing, Corp. That we arrived at Pier 9, Puerta de Tierra San Juan, Puerto Rico around midnight, on the 12th. of March, 2002.

That when arrived we broke our fish out and waited for the other guys to pack out the fish and then they came around 4:00 A.M., and then we packed out and we were all done and we were cleaning up. Then I was on the deck dumping the ice over the side of the boat and I noticed Jerome and Danny having words, but that is nothing new, it happens on the boat. I guess they were arguing and then I thought they were done and I said "come on you guys got to work together. And then, I went and sat up on the dock, and the next thing I know, I look back and saw just kind of scrabbling, I didn't think they were really fighting. I was sitting there finishing my can of beer and I saw Jerome walking towards the street with something in his hand and I looked back and saw Marco leaning over Danny and Marco told me to get 911. I ran to next boat and I told the guy if he had a telephone and asked him to call 911. And then I went to the other boat and them that whoever had a phone that works, to call 911.

Then I went back by the side of our boat and by then people were around the boat and the Captain was there with Marco and they were both with Danny. I stayed on the dock, afraid to go down. I was waiting around and Marco and the Captain Dave, were like knealing down over Danny and I still didn't know what was going on and then the Police came and everybody came from all around the boats. The police interviewed me and I told what I had seen and they told me that I had to come here and make a statement.

SWORN STATEMENT NUMBER 756
HOUR: 3:20 P.M.

SWORN AND SUSCRIBED IN MY PRESENCE TODAY 12 OF March 2002

ROSA E. PA_____
(INVESTIGATION TRANSCRIPTOR)

EDWARD MCARTY
(DECLARANT SIGNATURE)

FLEMING CASTILLO ALFARO
(PROSECUTORS SIGNATURE AND STAMP)