UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TABITHA ROWLAND, ADMINISTRATRIX OF THE ESTATE OF DANNY TYSON WRIGHT, <br> Plaintiff <br><br> v. <br><br> EAGLE EYE FISHING CORPORATION, <br> Defendant | CIVIL ACTION NO. 04 11646 MLW |

### AFFIDAVIT OF JAMES BUDI

Now comes James Budi and hereby states the following subject to the pains and penalties of perjury.

1. My name is James Budi and I am the Shore Manager for Eagle Eye Fishing Corporation. The following statements are based upon my personal knowledge and belief.

2. I had known about Mr. Dillon for some time as the fishing industry is a small community and I frequently talk with other captains about fishermen in general. I had spoken with Mr. Dillon on and off for approximately two years before we eventually hired him.

3. Prior to working for our fishery, Mr. Dillon worked as a deck hand aboard the DESTINY. He had a reputation as a serious fisherman who conducted himself in a very professional manner. I was not aware of any type of violent tendencies or reputation at the time that we hired him.

4. Mr. Dillon worked for us aboard the F/V EAGLE EYE without incident prior to the fight with Mr. Wright. He was always very respectful to the Captain and to other crew members. He did not demonstrate any type of violent behavior.

5. Although I was not present at the time of the fight between Mr. Dillon and Mr. Wright, I understand that alcohol contributed to the altercation. Based upon conversations that I had with other crew members, I understand that Mr. Wright was both drunk and aggressive towards Mr. Dillon prior to the fight.

Signed this _12_ day of May, 2005

*[signature: J. Budi]*

James Budi
Shore Manager and part owner,
Eagle Eye Fishing Corporation