FROM : Malcolm O MacLean          PHONE NO. : 516 239 7287          May. 13 2005 02:01PM P1
05/13/05 FRI 14:31 FAX 6177230977          Regan&Kiely          ☒002

Case 1:04-cv-11646-MBB     Document 10-4     Filed 05/13/2005     Page 1 of 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TABITHA ROWLAND, ADMINISTRATRIX OF THE ESTATE OF DANNY TYSON WRIGHT,<br>　　　　Plaintiff<br><br>　　　v.<br><br>EAGLE EYE FISHING CORPORATION,<br>　　　　Defendant | CIVIL ACTION NO. 04 11646 MLW |

### AFFIDAVIT OF MALCOLM MacLEAN

Now comes Malcolm O. MacLean and hereby states the following subject to the pains and penalties of perjury.

1. My name is Malcolm O. MacLean and I am the President of Eagle Eye Fishing Corporation. The following statements are based upon my personal knowledge and belief.

2. My company hired Kevin Charles Dillon (a.k.a. Jerome) as a deck hand aboard one of our fishing vessels, the F/V EAGLE EYE. Mr. Dillon worked as a deck hand without incident prior to the altercation with Mr. Wright. He never exhibited any type of violent behavior or gave us any indication that he would act in a violent manner.

3. Mr. Dillon was known to me before we hired him. He had worked as a deck hand aboard the DESTINY, another vessel which I was very familiar with. Mr Dillon had a reputation as a hard worker, an experienced fisherman and a professional individual.

4. Prior to the time that we hired him, Mr. Dillon did not have a reputation as an individual who was likely to engage in fights with other crew members or to physically assault anyone else. To the contrary, he had a reputation as a person who was easy to get along with.

Signed this 5th day of May, 2005.

*/s/ Malcolm O. MacLean*
Malcolm O. MacLean
President, Eagle Eye Fishing Corporation