UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| TABITHA ROWLAND, ADMINISTRATRIX OF THE ESTATE OF DANNY TYSON WRIGHT, Plaintiff | ) ) ) ) ) ) | CIVIL ACTION NO. 04 11646 MLW |
| v. | ) ) | |
| EAGLE EYE FISHING CORPORATION, Defendant | ) ) ) | |

## ASSENTED-TO MOTION TO CONTINUE THE STATUS CONFERENCE

Now comes the defendant, Eagle Eye Fishing Corporation, and requests that the court reschedule the Status Conference presently scheduled for December 16, 2005 at 2:15 p.m. to another occasion. As grounds therefore, the defendant states that this conference was originally scheduled on December 16, 2005 at 10:00 a.m. In reliance on that, the defendant's attorney made plans to observe his annual office Christmas luncheon with his employees beginning at noon that day. Accordingly, the rescheduling to 2:15 p.m. would conflict with those plans. Additionally, because of the nature of the conflict, defense counsel is unable to arrange for one of his associates to cover the Status Conference for him.

After speaking with plaintiff's attorney, counsel reports to the court that both sides can be available at any time on the following dates: December 15, 19, 20, 21, 22.

-2-

Accordingly, the defendant respectfully requests that the court reschedule the Status Conference for one of these above-suggested dates.

> For the Defendant,
> Eagle Eye Fishing Corp.,
> By its attorneys,
>
> **REGAN & KIELY LLP**
>
>
> /s/Joseph A. Regan
> Joseph A. Regan, Esquire (BBO #543504)
> 85 Devonshire Street
> Boston, MA 02109
> (617)723-0901