UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TABITHA ROWLAND, )<br>ADMINISTRATRIX OF THE )<br>ESTATE OF DANNY TYSON WRIGHT )<br>    Plaintiff )<br>v. )<br>)<br>EAGLE EYE FISHING CORPORATION )<br>    Defendants ) | CIVIL ACTION NO. 04-CV-11646MBB |

**PLAINTIFF'S EXPERT WITNESS DISCLOSURES**

The plaintiff submits this expert witness disclosure pursuant to Fed.R.Civ.P. 26(a)(2).

The following experts may be called upon to testify on behalf of the plaintiff:

1. Donald Jason, MD, JD
   2165 Benwicke Drive
   Phafftown, NC  27040

With respect to the proposed expert testimony of Dr. Jason, please find the following documentation attached as <u>Exhibit A</u>: (1) a signed Preliminary Report; (2) a Curriculum Vitae, which includes his qualifications and past publications; (3) Dr. Jason's fee schedule; and (4) a list of all trial and deposition testimony of Dr. Jason within the preceding four years.

Respectfully submitted,
For the plaintiff,
By his attorney,


/s/ Thomas M. Bond, Esq.
THOMAS M. BOND
**THE KAPLAN/BOND GROUP**
88 Black Falcon Avenue, Suite 301
Boston, Massachusetts 02210
(617) 261-0080
BBO #546649


Dated: November 29, 2005