UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TABITHA ROWLAND, )<br>ADMINISTRATRIX OF THE )<br>ESTATE OF DANNY TYSON WRIGHT, )<br>    Plaintiff, )<br>v. )<br>    )<br>EAGLE EYE FISHING CORPORATION, )<br>    Defendants. ) | CIVIL ACTION NO.: 04 11646 MBB |

## NOTICE OF SETTLEMENT

The parties in the above-captioned matter hereby report this case as settled. Counsel will file a Stipulation of Dismissal upon receipt of settlement funds. For these reasons, counsel requests that the status conference scheduled for December 19, 2005 at 2:00 p.m. be taken off of the list.

For the Plaintiff,

Respectfully submitted,
by her attorney,

_____
THOMAS M. BOND, ESQ.
**THE KAPLAN/BOND GROUP**
88 Black Falcon Avenue
Suite 301
Boston, MA 02210
(617) 261-0080
B.B.O. #: 546649

For the Defendant,

Respectfully submitted,
By its attorney,

_____
JOSEPH A. REGAN, ESQ.
**REGAN & KIELY, LLP**
85 Devonshire Street
Boston, MA 02109
(617) 723-0901

Dated: 12-16-05