UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TABITHA ROWLAND, ADMINISTRATRIX
of the Estate of DANNY TYSON WRIGHT,
                Plaintiff,

v.                                                    CIVIL ACTION
                                                    NO.  04-11646-MBB

EAGLE EYE FISHING CORP.,
                Defendant.

## ORDER OF DISMISSAL

JANUARY 4, 2006

**BOWLER, U.S.M.J.**

      The court having been advised that the above-entitled action has been settled:

      It is **ORDERED** that this action is hereby **DISMISSED** with prejudice and without costs.

      Upon good cause shown, any party may move to reopen the action within sixty (60) days if settlement is not consummated.

                                                    /s/ Marianne B. Bowler
                                                    MARIANNE B. BOWLER
                                                    United States Magistrate Judge