UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| TABITHA ROWLAND, | ) | |
| ADMINISTRATRIX OF THE | ) | |
| ESTATE OF DANNY TYSON | ) | |
| WRIGHT, | ) | CIVIL ACTION NO. 04 11646 MLW |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| EAGLE EYE FISHING | ) | |
| CORPORATION, | ) | |
| Defendant | ) | |

## STIPULATION OF DISMISSAL

It is hereby stipulated by the parties to the above-captioned matter that the Plaintiff's Complaint be dismissed with prejudice, all rights of appeal waived.

For the Plaintiff,

_____
Thomas M. Bond - BBO #546649
THE KAPLAN/BOND GROUP
88 Black Falcon Ave., Suite 301
Boston, MA 02210
(617)261-0080

For the Defendant,

_____
Joseph A. Regan - BBO #543504
REGAN & KIELY LLP
85 Devonshire Street
Boston, MA 02109
(617)723-0901