UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TABITH ROWLAND,
ADMINISTRATRIX OF THE
ESTATE OF DANNY TYSON WRIGHT,
        Plaintiff,

v.                                              CIVIL ACTION
                                               NO. 04-11646-MBB

EAGLE EYE FISHING CORP.,
        Defendants.

## FINAL JUDGMENT

**January 17, 2006**

**BOWLER, U.S.M.J.**

In accordance with the Stipulation of Dismissal filed by the parties, it is hereby Ordered and Adjudged that this action be **DISMISSED** with prejudice and without costs.

                                                    /s/ Marianne B. Bowler
                                                **MARIANNE B. BOWLER**
                                                United States Magistrate Judge